IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OLUDELE OLADOJA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | No. 3:24-cv-2709-K-BN |
| V. | § | |
| | § | |
| ZIA REHMAN, | § | |
| | § | |
| Defendant. | § | |

## **ORDER GRANTING MOTION FOR EXTENSION**

After Defendant Zia Rehman asserted qualified immunity ("QI") as a defense in answering the complaint, *see* Dkt. No. 11, the Court ordered Rehman to move for summary judgment on QI by February 5, 2025, *see* Dkt. No. 13. Citing what will be required to prepare that motion, including a review of thousands of pages of the plaintiff's medical records, Rehman moves for a three-week extension of deadline to move for summary judgment. *See* Dkt. No. 14. Finding good cause under Federal Rule of Civil Procedure 6(b)(1)(A), the Court GRANTS the motion and ORDERS Rehman to file the QI summary judgment motion by **February 26, 2025**.

SO ORDERED.

DATED: January 10, 2025

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE